# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Schmitt, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CV-13-1116-PHX-NVW |
| v. | |
| Midland Funding LLC, et al., | |
| Defendant(s). | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 21, 2013,  judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

BRIAN D. KARTH
District Court Executive/Clerk

October 8, 2013

s/L. Dixon
By: Deputy Clerk

cc: (all counsel)